The Honorable John Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VILLIAMI LINO<br><br>                              Plaintiff(s),<br><br>        v.<br><br>NATIONAL GENERAL INSURANCE<br>COMPANY<br><br>                              Defendant(s). | NO.  2:21-cv-00831-JCC-TLF<br><br>STIPULATION AND ORDER TO<br>AMEND COMPLAINT AND CASE<br>CAPTION<br><br>NOTE FOR MOTION:  August 5, 2021 |

COMES NOW, Plaintiff and Defendant through their respective counsel and seek an order allowing Plaintiff to amend his complaint.

**STIPULATION**

Plaintiff filed a complaint in Snohomish County Superior Court against Defendant alleging breach of contract, Insurance Fair Conduct Act violations, Consumer Protection Act violations, and Bad Faith.  Defendant removed the case to this court.

As part of initial disclosures, Defendant notified Plaintiff that the proper Defendant is "Integon Preferred Insurance Company" replacing "Integon Preferred" for "National General."

STIPULATION AND ORDER TO AMEND
COMPLAINT AND CASE CAPTION - 1
2:21-cv-00831-JCC-TLF

Elsner Law Firm, PLLC
23711 Brier Road
Brier, WA 98036
Ph:  206.447.1425
Fax:  206.324.6321

7417032.1

The parties seek to amend the case caption and named party as reflected in the attached proposed amended complaint.  This stipulation is brought pursuant to the Federal Rules of Civil Procedure Local Rule 15 and Rule 10(g).  The parties reserve all rights, claims, and defenses, and seek only to substitute the name of the defendant that issued the insurance policy at issue. No waiver of any right, claim, or defense is intended, nor shall be construed.

Good cause exists to grant the stipulation. If granted by the court, Plaintiff will file the amended complaint per local court rule.

Respectfully submitted this 5th day of August, 2021.

By: _s/ Justin Elsner_____
Justin Elsner, WSBA #39251
ELSNER LAW FIRM, PLLC
23711 Brier Road
Brier, WA 98036
Ph:  206.447.1425
Fx:  206.324.6321
Email:  justin@elsnerlawfirm.com

Attorney for Plaintiff


By: s/ Eliot Harris (authorization to sign via email)
Eliot M. Harris, WSBA #36590
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Ph:  206.628.6600
Fx:  206.628.6611
Email:  eharris@williamskastner.com

Attorneys for Defendant
National General Insurance Company

STIPULATION AND ORDER TO AMEND
COMPLAINT AND CASE CAPTION - 2
2:21-cv-00831-JCC-TLF

Elsner Law Firm, PLLC
23711 Brier Road
Brier, WA 98036
Ph:  206.447.1425
Fax:  206.324.6321

7417032.1

**ORDER**

It is so ordered.

Ordered this ___6th___ day of ___August___, 2021.


_Theresa L. Fricke_

~~John Coughenour~~
United States ~~District~~ Judge
Magistrate

STIPULATION AND ORDER TO AMEND
COMPLAINT AND CASE CAPTION - 3
2:21-cv-00831-JCC-TLF

Elsner Law Firm, PLLC
23711 Brier Road
Brier, WA 98036
Ph:  206.447.1425
Fax:  206.324.6321

7417032.1